UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
XIOMARA Y. MORGAN,

        Plaintiff,

        - against -

CAROLYN W. COLVIN, Commissioner,
Social Security Administration,

        Defendant.
-------------------------------------------------------------X

**JUDGMENT**
15-CV-2823 (RRM)

    A Memorandum and Order of the undersigned having been filed this day granting the Commissioner's motion for judgment on the pleadings, denying plaintiff's motion for judgment on the pleadings, and directing the Clerk of Court to enter judgment accordingly and close this case, it is hereby

    ORDERED, ADJUDGED AND DECREED that plaintiff takes nothing of defendant and the case is closed.

Dated: Brooklyn, New York
       September 28, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge